## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JEFFREY M. IGEL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 8700 |
| | ) | |
| **NICHOLE COSTELLO**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM

Pro se defendant Nichole Costello ("Costello"), sued under the name Costello-Igel, has mailed to this District Court a "Certificate of Service" that recites that on August 20 she filed (also by mail) an Amended Answer to Plaintiff's Complaint. That current filing is puzzling, however, because the envelope in which it arrived (a United States Postal Service Flat Rate Envelope with a $5.75 price tag) contained only two counterparts of each of two Clerk's-Office-supplied forms that Costello had completed with hand-printed information: an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion"). That envelope did <u>not</u> contain any "Amended Answer to Plaintiff's Complaint."

This Court has delivered one counterpart of the Application and one counterpart of the Motion to the Clerk's Office for filing. But because of (1) the absence of the pleading to which Costello's Certificate of Service refers and (2) the fact that the case docket does not reflect any counterpart as having been received in the Clerk's Office directly, a copy of this memorandum is being transmitted to Costello to apprise her of the omission.

_____
Milton I. Shadur
Date: August 25, 2015         Senior United States District Judge